DMB:BWB
F.#2010R00068

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                        10-CR-028(RJD)

NAQIB JAJI,

              Defendant.

- - - - - - - - - - - - - - - - -X

        Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Berit W. Berger, for an order unsealing the docket, complaint, indictment and motions and orders to seal the courtroom in the above-captioned case.

        WHEREFORE, it is ordered that the docket, complaint, indictment and motions and orders to seal the courtroom in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
          April 18, 2011

                                        s/ Judge Raymond J. Dearie
                                        _____
                                        HONORABLE RAYMOND J. DEARIE
                                        UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF NEW YORK